UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXJULIAN COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LAMPLIGHTER M.P., et al.,<br><br>    Defendants. | Case No. 18-cv-01577-SVK<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 28 |

Plaintiff Maxjulian Coleman filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on July 17, 2018. ECF 28. Defendant has not asserted any counterclaims in this litigation, and the Court finds that Defendant will not be prejudiced by dismissal of this action. Accordingly, the Court **DISMISSES** all claims without prejudice.

**SO ORDERED.**

Dated: July 17, 2018

*(signature)*

SUSAN VAN KEULEN
United States Magistrate Judge